FILED
2011 Nov-08 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALONZO HOUSTON,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| vs. | ) Case No: 2:10-cv-0501-CLS-PWG |
| | ) |
| **JOHN RATHMAN, Warden,** | ) |
| | ) |
| **Respondent.** | ) |

## MEMORANDUM OPINION

Petitioner Alonzo Houston, a federal prisoner acting *pro se*, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. The magistrate judge entered a report recommending that the petition is due to be dismissed without prejudice for lack of jurisdiction because Houston's claims attack his federal conviction and sentence and do not meet the requirements for § 2241 review under the savings clause of 28 U.S.C. § 2255(e). (Doc. 15). Houston has now filed an objection to the magistrate judge's report. (Doc. 16).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the court is of the opinion that the magistrate judge's findings are due to be, and hereby are, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED for lack

of jurisdiction.  A Final Judgment will be entered.

    DONE this 8th day of November, 2011.

                                                      _____
                                                      United States District Judge